UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JONETTE ARMS,

        Plaintiff,

v.                          Case No. 2:18-cv-01835

MILWAUKEE COUNTY
(Department on Aging),

        Defendant.

---

## DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff Jonette Arms, furnishes the following list in compliance with Civil L.R. 7.1:

1) Plaintiff Jonette Arms is the only party this attorney represents in this case;

2) The plaintiff is not a corporation;

3) The Law Office of Arthur Heitzer will appear on behalf of the Plaintiff.


Date:    December 4, 2018

s/ Brenda Lewison

Attorney Brenda Lewison
SBN:   1025079
Law Office of Arthur Heitzer
633 W. Wisconsin Ave., Suite 1410
Milwaukee, WI  53203-1918
(414) 273-1040 x 14
(414) 273-4859 FAX
lewisonlaw@yahoo.com

ATTORNEY FOR THE PLAINTIFF