

DEPARTMENT OF ADMINISTRATIVE SERVICES
# Milwaukee County

To: Tom Travia, Facilities Management Division, Mechanical Services Manager
From: Jeremy Theis, Facilities Management Division
Cc: Gary Waszak, Facilities Management Division, Operations & Maintenance Manager
MaryBeth Buechel, Human Resources Business Partner
Date: January 9, 2017
Subject: Performance Concerns

---

In November 2016 a complaint was received that personnel in the Machinist's Shop were being treated inappropriately and the employees concerns were not being addressed in a professional and timely manner by management. Due to that complaint, Human Resources conducted an investigation into the allegations.

The investigation indicated three main issues that must be addressed:
1. The behavior of the Machinist Lead has been aggressive and inappropriate.
2. As a Manager you did not take appropriate action and therefore contributed to the hostile atmosphere.
3. Safety controls among the machinist shop staff are lacking and should be a focus in 2017 and beyond.

Employees made multiple attempts to bring these issues to your attention; an audio tape was also provided during the investigation of a meeting you had with some of the members of the machinist shop. At multiple points throughout that meeting the conversation reached a point where the accused should not have been in the room with the complainant and a more productive discussion should have been sought. The conversation took on a very adversarial tone and was not conducted in a manner that would be considered a fair and impartial investigation into the situation. You are expected to demonstrate professional behavioral in all activities, foster an environment of mutual respect and understanding with the ability to provide constructive feedback and coaching.

If a particular situation is becoming increasingly tense or multiple individuals appear to be having conflict at work, it is always best to defuse the situation by having private discussions, as necessary, to address the matter in the most professional manner possible. In some cases this will require documentation of questioning and completion of an investigation summary to be further reviewed with Human Resources.

Of further concern is that you did not bring employee concerns to Human Resources. No investigatory work was done to objectively review the shop dynamic resulting in Human Resources initiating an independent investigation at the request of the staff members who did not feel there issues were being addressed properly.

Because of the loss of trust between staff members and their supervisory chain of command, multiple external means were taken by machinist shop staff members to report the concerns. In the future you must take accusations of wrong doing, whether behavioral or ethical, extremely seriously and investigate the situation to see if the complaints are warranted and corrective action is required. As a manager, I also expect you to use Human Resources' support when necessary.

Sincerely,

Jeremy Theis
Facilities Management Division, Director
Milwaukee County



---

FACILITIES MANAGEMENT • 901 N. 9TH STREET G-1 • MILWAUKEE WISCONSIN 53233 • TELEPHONE 414-278-4971 • FAX 414-278-4038