## personnel files

From: Brenda Lewison (lewisonlaw@yahoo.com)
To: ronald.stadler@jacksonlewis.com; jonathan.sacks@jacksonlewis.com
Date: Thursday, August 13, 2020, 04:04 PM CDT

Here is my reduced list for the requested personnel files:

Raisa Koltun
Thomas Condella
Lisamarie Arnold
Jonathan Janowski
Randal Kohl
Geri Lyday
Claire Zautke
Hector Colon
Maria Ledger
Jim Sullivan
Carmen Pangilinan
Mary Proctor Brown
Patricia Batemon
Stephanie Sue Stein
Bashir Easter
Beth Monrial Zatarski
Vonda Nyang

As I stated earlier this week, I am willing to forego my request for personnel files if you are willing to stipulate that a) there is nothing in the files which would allow you to undermine or discredit a witness that I might use and b) there is nothing in the files which would allow me to undermine or discredit a witness that you might use.

Attorney Brenda Lewison
Law Office of Arthur Heitzer
633 W. Wisconsin Ave., Suite 1410
Milwaukee, WI 53203-1920
(414) 273-1040
http://www.equalrightswi.com/

EXHIBIT 4